WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorneys for the Defendants
Wayne Simoes, Stephen Wallin, John
Liberatore, Todd Mendelson, Edward
Geiss, James J. McCabe, Rance Howard,
Peter Intervalle, Jacqueline Estevez and
the City of Yonkers
3 Gannett Drive
White Plains, NY  10604
(914) 323-7000
Attn:   John M. Flannery (JF-0229)
        Peter A. Meisels (PM-5018)
        Lalit K. Loomba (LL-9755)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
IRMA MARQUEZ,

      Plaintiff,            Docket No.:
                       08 CV 4903(SCR)(GAY)

    -against-

POLICE OFFICER WAYNE SYMOES, POLICE
OFFICER STEPHEN WALLIN, POLICE OFFICER
JOHN LIBERATORE, POLICE OFFICER TODD
MENDELSON, DEPUTY CHIEF EDWARD GEISS,
DETECTIVE JAMES J. McCABE, POLICE OFFICER
RANCE HOWARD, POLICE OFFICER INTERVALLE,
POLICE OFFICER ESTEVEZ, POLICE OFFICER "JOHN
DOE 1," POLICE OFFICER "JOHN DOE 2," YONKERS
POLICE DEPARTMENT and CITY OF YONKERS,
      Defendants.
---------------------------------------------------------------x

          NOTICE OF APPEARANCE AND
         DEMAND FOR SERVICE OF PAPERS

  **PLEASE TAKE NOTICE** that the defendants Wayne Simoes, Stephen Wallin, John

Liberatore, Todd Mendelson, Edward Geiss, James J. McCabe, Rance Howard, Peter Intervalle,

Jacqueline Estevez and the City of Yonkers appears herein by its counsel, Wilson, Elser,

2030295.1

Moskowitz, Edelman & Dicker LLP, demands that all notices given or required to be given in this case, and all papers served or required to be served in this case be given and served upon the undersigned at the following office address and telephone number:

Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604
Attn: Peter A. Meisels, Esq.
John M. Flannery, Esq.
Lalit K. Loomba, Esq.
Tel: (914) 323-7000
Fax: (914) 323-7001
E-mail: peter.meisels@wilsonelser.com, john.flannery@wilsonelser.com and lalit.loomba@wilsonelser.com

**PLEASE TAKE FURTHER NOTICE** that, the foregoing demand also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, e-mail or otherwise.

Dated: White Plains, New York
       June 25, 2008

                                        WILSON, ELSER, MOSKOWITZ
                                        EDELMAN & DICKER LLP
                                        Attorneys for the Defendants
                                        Wayne Simoes, Stephen Wallin, John
                                        Liberatore, Todd Mendelson, Edward
                                        Geiss, James J. McCabe, Rance Howard,
                                        Peter Intervalle, Jacqueline Estevez and
                                        the City of Yonkers

                                        By: _____
                                              Peter A. Meisels (PM 5018)

                                        3 Gannett Drive
                                        White Plains, NY  10604
                                        Tel: (914) 323-7000
                                        Fax: (914) 323-7001

2030295.1