UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

IRMA MARQUEZ,                              Index No. 08 CV 4903
    -vs-                                          (J. Robinson)

THE CITY OF YONKERS, ET. AL.,
------------------------------------------------------------------------x

STATE OF    NEW YORK    )
COUNTY OF  NEW YORK    )  ss.

Undersigned deponent, being duly sworn deposes and says that said deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York. Deponent served the within process as follows:

**PROCESS SERVED:** SUMMONS, JURY TRIAL DEMAND and COMPLAINT
**PARTY SERVED:**    POLICE OFFICER WAYNE SYMOES BADGE No. 996

**LOCATION OF SERVICE:**    53 Shonnard Place, 4th Pct. YPD
    Yonkers, NY 10703

**PARTY ACCEPTING SERVICE:**    P. O. Centuori #205, desk officer
**DATE OF SERVICE:** 6/16/08    **TIME OF SERVICE:** 1:04 p.m.

An approximate description of the person served with process listed herein:

**SEX:** M  **SKIN COLOR:** White    **HAIR:** Black    **AGE:** 38    **HEIGHT:** 5'10"
**WEIGHT:** 175    **OTHER FEATURES:** Straight hair.

Deponent further states that the within process was served in the following manner:

By delivering to and leaving with a person of suitable age and discretion a true copy of the within named process. Service was made at the address given above which is the usual place of business of the named party.

Service was completed when deponent deposited a copy of the process in an official depository of the US Postal Service, first class postage paid, in a properly addressed envelope bearing the legend 'PERSONAL & CONFIDENTIAL'. Said envelope was sent to the address listed herein and was mailed within twenty-four hours of service.

At the time of service, deponent asked the party accepting process if the defendant was in the military service of this state or nation or any other nation, and he responded in the negative.

                                    ERIC AVERBACH
                                    NYC Lic. #918927

SWORN TO BEFORE ME ON 6/26/2008

GARY T. CERTAIN, ESQ.
Notary Public, State of New York
No. 02CE5088144
Qualified in New York County
Commission Expires 11/17/2009

AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/16/08 |
| NAME OF SERVER (PRINT) Eric Averbach | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's ~~dwelling house~~ or usual place of ~~abode~~ **business** with a person of suitable age and discretion ~~residing~~ therein.

   Name of person with whom the summons and complaint were left: **Police Officer Centuori**

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL ~~$0.00~~ $ 40.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/26/08
              Date         Signature of Server

                           27hb Rockefeller Center NY, NY
                           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__SOUTHERN__   District of   __NEW YORK__

SUMMONS IN A CIVIL ACTION

IRMA MARQUEZ

CASE NUMBER: 08 CV 4903

v.

THE CITY OF YONKERS, CITY OF
YONKERS POLICE DEPARTMENT,
POLICE OFFICER WAYNE SYMOES,
POLICE OFFICER STEPHEN WALLIN,
POLICE OFFICER JOHN LIBERATORE,
POLICE OFFICER TODD MENDELSON,
DEPUTY CHIEF EDWARD GEISS,
DETECTIVE JAMES J. McCABE, POLICE
OFFICER RANCE HOWARD, POLICE
OFFICER INTERVALLE, POLICE
OFFICER ESTEVEZ,

TO: POLICE OFFICER WAYNE SYMONES
c/o CITY OF YONKERS POLICE DEPARTMENT
104 SOUTH BROADWAY
YONKERS, NEW YORK 10701

**YOU ARE HEREBY SUMMONED** and required to serve on Plaintiff's Counsel, Certain & Zilberg, PLLC 535 Fifth Avenue, New York, New York 10017.

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON   MAY 2 8 2008

CLERK   DATE

_Catherine Lapsley_

(By) DEPUTY CLERK