UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x

IRMA MARQUEZ,                               Index No. 08 CV 4903
    -vs-                                        (J. Robinson)

THE CITY OF YONKERS, ET. AL.,
-----------------------------------------------------------------------------x

STATE OF     NEW YORK     )
COUNTY OF  NEW YORK     )  ss.

Undersigned deponent, being duly sworn deposes and says that said deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York. Deponent served the within process as follows:

**PROCESS SERVED:** SUMMONS, JURY TRIAL DEMAND and COMPLAINT

**PARTY SERVED:**    POLICE OFFICER RANCE HOWARD

**LOCATION OF SERVICE:**    104 South Broadway, Detective Division
    Yonkers, NY 10701

**PARTY ACCEPTING SERVICE:**    Police Officer Rance Howard
**DATE OF SERVICE:** 6/23/08    **TIME OF SERVICE:** 10:42 a.m.

An approximate description of the person served with process listed herein:

**SEX:** M  **SKIN COLOR:** White    **HAIR:** Black  **AGE:** 39  **HEIGHT:** 5'10"
**WEIGHT:** 190    **OTHER FEATURES:** Thick hair.

Deponent further states that the within process was served in the following manner:

By delivering a true copy of each to said defendant personally, at the address given above. Deponent knew the person served to be the person described as said person therein.

At the time of service, deponent asked the defendant if he was in the military service of this state or nation or any other nation, and he responded in the negative.

                                        ERIC AVERBACH
                                        NYC Lic. #918927

SWORN TO BEFORE ME ON 6/26/08

GARY T. CERTAIN, ESQ.
Notary Public, State of New York
No. 02CE5088144
Qualified in New York County
Commission Expires 11/17/2019

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/23/08 |
| NAME OF SERVER (PRINT) Eric Averbach | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 104 South Broadway Yonkers, New York 10701. Yonkers Police Department- Detective Division

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $40.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/26/08
          Date          Signature of Server

Address of Server: 27H6 Rockefeller Center NY, NY

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__SOUTHERN__  District of  __NEW YORK__

SUMMONS IN A CIVIL ACTION

IRMA MARQUEZ

v

CASE NUMBER: 08 cv 4903

THE CITY OF YONKERS, CITY OF
YONKERS POLICE DEPARTMENT,
POLICE OFFICER WAYNE SYMOES,
POLICE OFFICER STEPHEN WALLIN,
POLICE OFFICER JOHN LIBERATORE,
POLICE OFFICER TODD MENDELSON,
DEPUTY CHIEF EDWARD GEISS,
DETECTIVE JAMES J. McCABE, POLICE
OFFICER RANCE HOWARD, POLICE
OFFICER INTERVALLE, POLICE
OFFICER ESTEVEZ.

TO: POLICE OFFICER RANCE HOWARD
c/o CITY OF YONKERS POLICE DEPARTMENT
104 SOUTH BROADWAY
YONKERS, NEW YORK 10701

**YOU ARE HEREBY SUMMONED** and required to serve on Plaintiff's Counsel, Certain & Zilberg, PLLC 535 Fifth Avenue, New York, New York 10017.

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAY 2 8 2008

CLERK                                          DATE

_Catherine Lapsley_

(By) DEPUTY CLERK